# CASE ANNOUNCEMENTS

*October 8, 2010*

[Cite as *10/08/2010 Case Announcements*, 2010-Ohio-4906.]

## MOTION AND PROCEDURAL RULINGS

**2009–0627. DIRECTV, Inc. v. Levin.**

Franklin App. No. 08AP–32, 181 Ohio App.3d 92, 2009-Ohio-636. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motions for leave for amici curiae Constitutional Law Professors to participate in oral argument in support of the appellants, and for amicus curiae Ohio Cable Telecommunications Association to participate in oral argument in support of the appellee, scheduled for October 13, 2010,

It is ordered by the court that the motions are granted, and Constitutional Law Professors shall share the time allotted to appellants, and Ohio Cable Telecommunications Association shall share the time allotted to appellees.

**2009–1987. State v. Feldman.**

Lake App. No. 2009–L–052, 2009-Ohio-5765. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of the joint motion for leave for amicus curiae Margaret Wong & Associates Co., L.P.A. to participate in oral argument scheduled for October 13, 2010, in support of the appellee,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2010–0731. In re C.P.**

Athens App. No. 09CA41, 2010-Ohio-1484. This cause is pending before the court as an appeal from the Court of Appeals for Athens County. Upon consideration of appellant's motion to file under seal the supplement to the merit brief and appendix to merit brief of appellant,

It is ordered by the court that the motion is granted.